Re: 1.2. Complaint for Violation of Civil Rights Prisoner

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

LEONARD BUSH

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names )

-v-

ERIE County Sheriff
TRANSPORTATION Officers John Doe#1, And John Doe#2
Medical Staff Erie County Holding Center

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here )

Case No. _____

(to be filled in by the Clerk's Office)

JURY TRIAL: Yes___ No___

UNITED STATES DISTRICT COURT
FILED
FEB 5 2026
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## The Parties to This Complaint

*Made a Minor Mistake* ↕

A. ~~The Plaintiff(s)~~ **Defendant #1**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name **John or Jane Doe Nurse Administrator**

All other names by which
you have been known:

ID Number

Current Institution

Address **Erie County Holding Center 40 Delaware**
**Buffalo        NY        14202**
            City      State      Zip Code

B. ~~The Defendant(s)~~ **Plaintiff**  ☒ **Individual Capacity**  ☒ **Official Capacity**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name **Leonard Burtt ICN #60428**
    Job or Title *(if known)*
    Shield Number
    Employer **None**
    Address **40 Delaware Avenue**
        **Buffalo        NY        14202**
            City      State      Zip Code

    ☐ Individual capacity  ☐ Official capacity

Defendant No. 2
    Name **John Doe #1 Erie County Sheriff**
    Job or Title *(if known)* **Officer who works Transport**
    Shield Number **on 1/9/26 to Amherst Court AM Court**
    Employer
    Address **Erie County Holding Center 40 Delaware**
        **Buffalo        NY        14202**
            City      State      Zip Code

    ☒ Individual capacity  ☒ Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

John Doe #2 who worked Transport on 1/9/26 To Amherst Town Court AM

Erie County Sheriffs Department 10 Delaware Ave

Buffalo    NY    14202
   City      State   Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   City      State   Zip Code

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Rights provided by New York State + U.S. Constitution on Medical, Police injustices

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On 1/9/24 I was taking by Erie County sheriffs to Amherst Town court in the AM I Had A mild stroke, and was stuck in the BACK of A Transport VAN with No windows on Nothing for over 2hrs.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 1/9/24 Transport officers sent Me to ~~Erie county~~ My Cell without Nursing staff knowing Disregarded All My Symitens and said oh there's Nothing wrong with Him, and I was sent Back to my Cell on Alpha Short cell #53. I Let officers Know I felt dizzy and couldn't Breath I was sweating profusilly my Heart was Racing Nothing was done. I wrote Grievances but Sick Calls in To No Avail

Re: 1983 Complaint for violation of Civil Rights Prisoner

C.    What date and approximate time did the events giving rise to your claims occur?

On 1/9/26 At on About 10:02 AM, upon Arrival Back
on Alpha short it was Later in the Morning on this same Day.

D.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)

I was in the Back of the Transporation VAN with No
Ventiglation or windows for Along period of time I
couldn't Breath I felt myself loosing Conscious ness
in + out I was Sweating And gagging for Air other
Prisoners Banged And Kicked on the Van walls in which
The Officers Just ignored Then I could've Died!

V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

I still suffer from Numbness in My ARM + legs
And My side something is Extremely wrong I
Don't Know I'm not A Doctor, but My Body is
suffering with No Medical Assistance At All its like
They Don't Care The Officers Just Sent me to My cell with
No medical Attention

VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims.

I'm suing All Defendants in this Matter $150,000
Individual capacity for each defendant, And
$150,000 official capacity for each defendant for
A grand total of $450,000 Individual Capacity for
each defendant, And $450,000 grand total for
each defendant official Capacity with A grand
Total of $5million dollars for paint suffering,
Mental Anguish, As well

Re: ... ... ....

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Erie County Holding Center, And parlgy lot of Amherst Village Town Court

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of the Clams in which I'm fling This ▓▓ 1983

Re: ... Complaint for Violation of Civil Rights Prisoner

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claims, arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I filed the Grievance on Alpha short in this facility to No Avail. Then I filed Another grievance formally

2.    What did you claim in your grievance? with No Response of yet To Date

That I was Denied Medical Attention As I felt like I was Having A mild stroke or Heart Attack And I Notified sheriff Transport Deputies who in Turn Took me Back to

3.    What was the result, if any? the Jail instead of Court Due to my Condition for Medical Assistance in which I didn't Recieve

Any cAnD my Court in Hamburg New York HAd to be post-poned

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I sent the 1st grievance Appeal to chief Harris who infact Said my Grievance was Denied, And I sent it To Albany With No Response At All I Think it was Thrown out in the mail because I can't physically place us mail inside of An Actual Mail Box

Re: [ ] ...Complaint (Revised 3/2015) - Pages: Prisoner

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   _____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Sgt. Polucci searched my cell and physically took
All paperwork that was in my cell and called me a snitch

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Rev. 7/07 Complaint for a Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

Re: [...] Complaint for violation of Civil Rights Prisoner

IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        1/18/26

Signature of Plaintiff        _Leonard Bush_
Printed Name of Plaintiff     Leonard Bush
Prison Identification #
Prison Address                40 Delaware Ave.
                              Buffalo          NY          14202
                              *City*          *State*      *Zip Code*

B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
                              *City*          *State*      *Zip Code*

Telephone Number             _____
E-mail Address               _____

Page 10 of 11




NAME: Leonard Busit ICN# 60428

**ERIE COUNTY HOLDING CENTER**
**40 DELAWARE AVENUE**
**BUFFALO, NEW YORK 14202-3999**

USDC - WDNY
FEB - 5 2026
BUFFALO

Correction

US POSTAGE IMI PITNEY BOWES

ZIP 14202
02 7H
0006243218

$ 001.36⁰

FEB 03 2026

Attn: United States Court Western District of N.Y.

Robert H. Jackson U.S. Court house

2 Niagara Square

Buffalo, N.Y. 14202

APPROVED FEB 0 2 2026

.78¢
2.2 oz = .58¢
─────────
$1.36